P SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-3232 PA<br>CV 05-4275 PA<br>CV 05-7695 PA<br>CV 07-3646 PA<br>CV 07-3651 PA | CV 07-3653 PA<br>CV 07-4472 PA<br>CV 07-4483 PA<br>CV 07-4489 PA | Date | June 19, 2008 |
|---|---|---|---|---|
| Title | In re AFI Holding Inc. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

      The Court has reviewed the parties' responses to the Court's May 27, 2008 order to show cause why the Court should not remand the pending appeals, Case Nos. CV 05-3232 PA, CV 05-4275 PA, CV 05-7695 PA,[1] CV 07-3646 PA, CV 07-3651 PA, CV 07-3653 PA, CV 07-4472 PA, CV 07-4483 PA, and CV 07-4489 PA to the Bankruptcy Court and direct the Bankruptcy Court to resolve those actions in a manner consistent with the Ninth Circuit's opinion in In re AFI Holding, Inc. (Mackenzie), __ F.3d __, 2008 WL 1946739 (9th Cir. Apr. 16, 2008).

      In footnote four of their response, the investors assert that MacKenzie "left additional common issues, such as the trustee's lack of disinterestedness and the effect it had on her decision to litigate against the AFI investors to another day." In their briefing in the CV 05-7695 PA consolidated appeal, the investors appear to have raised the following issues which were not addressed in MacKenzie: (1) whether the Bankruptcy Court committed reversible error by precluding the investors from asserting affirmative defenses of unclean hands, in pari delicto, offset, and recoupment; (2) whether the Bankruptcy Court committed reversible error in its evidentiary rulings; and (3) with respect to Adelaida

---

    [1] Case No. CV 05-7695 is a consolidated appeal involving appeals originally filed as case nos. CV 05-7695 PA, CV 05-7709 PA, CV 05-7710 PA, CV 05-8229 PA, CV 05-8291 PA, CV 05-8346 PA, CV 05-8349 PA, CV 05-8392 PA, CV 05-8436 PA, CV 05-8453 PA, CV 05-8562 PA, CV 05-8583 PA, CV 05-8593 PA, CV 05-8980 PA, CV 05-8986 PA, CV 05-8988 PA, CV 05-8989 PA, CV 06-0001 PA, CV 06-0042 PA, CV 06-0049 PA, CV 06-0131 PA, CV 06-0186 PA, CV 06-0258 PA, CV 06-0280 PA, CV 06-0295 PA, CV 06-0335 PA, CV 06-0466 PA, CV 06-0470 PA, CV 06-0475 PA, CV 06-0493 PA, CV 06-0494 PA, CV 06-0601 PA, CV 06-0602 PA, CV 06-0630 PA, CV 06-0637 PA, and CV 06-0666 PA.

P SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-3232 PA      CV 07-3653 PA<br>CV 05-4275 PA      CV 07-4472 PA<br>CV 05-7695 PA      CV 07-4483 PA<br>CV 07-3646 PA      CV 07-4489 PA<br>CV 07-3651 PA | Date | June 19, 2008 |
|---|---|---|---|
| Title | In re AFI Holding Inc. | | |

San Diego, whether the Bankruptcy Court erroneously concluded that she was an initial transferee rather than a custodian.

     The investors shall file a further response to the May 27, 2008 order to show cause identifying with specificity all issues raised in the appeals currently before the Court which were not addressed in the Ninth Circuit's <u>MacKenzie</u> opinion, the status of the briefing of those issues, the location within the briefs of any argument on the outstanding issues which have been briefed, and for any issues which have not been briefed, the case numbers of the appeals in which those issues are raised. The investors' further response shall be filed by June 30, 2008. The trustee may file a reply to the investors' further response no later than July 7, 2008. Each party shall file a single response to this order to show cause in Case No. CV 05-3232 PA rather than a separate response for each of the above-listed actions.

     IT IS SO ORDERED.

   _____ : _____

Initials of Preparer   _____